STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:    541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 5 2000

at ___ o'clock and ___ min ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. ___ CR00-00422 HG |
| Plaintiff, | INDICTMENT |
| vs. | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(C) |
| VINCE A. AULD, | |

INDICTMENT

## COUNT 1

The Grand Jury charges that:

On or about September 28, 2000, within the District of Hawaii, VINCE A. AULD, did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2

The Grand Jury further charges that:

On or about October 3, 2000, within the District of Hawaii, VINCE A. AULD, did knowingly and intentionally possess with intent to distribute and distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3

The Grand Jury further charges that:

On or about October 13, 2000, within the District of Hawaii, VINCE A. AULD, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

.DATED:  _OCT 25_ , 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Vince A. Auld
"Indictment"

3